**George D. LaBLANCHE, III,**
**Plaintiff–Appellant,**

v.

**PRAIRIE VIEW A & M UNIVERSITY,**
**Defendant–Appellee.**

No. 11–20885
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 10, 2012.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

George LaBlanche, III, sued Prairie View A & M University for retaliation under the Texas Commission on Human Rights Act. The district court dismissed without prejudice because LaBlanche had not provided evidence that he had exhausted administrative remedies by complaining to the Texas Commission on Human Rights. The court also barred LaBlanche from further civil actions without paying the filing fees and obtaining permission.

On appeal, LaBlanche, *pro se*, attempts to show exhaustion by attaching a copy of an order of the Texas Workforce Commission granting unemployment benefits. That does not satisfy his obligation to exhaust his administrative remedies in regard to a claim of retaliation.

The district court acted properly, and the judgment is AFFIRMED.

George D. LaBlanche, III, Prairie View, TX, pro se.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.